UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Case No. |
| | § |
| JOHN DOE, subscriber assigned IP address 70.124.157.216, | § |
| | § |
| Defendant. | § |

## PLAINTIFF'S MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL

Plaintiff, Strike 3 Holdings, LLC ("Plaintiff" or "Strike 3") respectfully requests leave of Court to proceed without local counsel in accordance with N.D. Tex. L. R. 83.10(a), and states as follows:

By way of background, Strike 3 alleges that John Doe subscriber assigned IP address 70.124.157.216 ("Defendant") infringed on Plaintiff's copyrighted works by downloading, copying, and distributing the works without Plaintiff's authorization through the BitTorrent protocol.

The undersigned is a member of the bar of this Court, but maintains a principal office in Houston, Texas. The undersigned has handled and is currently handling numerous similar copyright infringement cases in District Courts across the state of Texas, including this district. Because of that the undersigned frequently travels to various locations in this district and the other districts in Texas. The undersigned commits to being available at the Court's request for appearances.

For these reasons, Strike 3 requests leave of Court to proceed without local counsel.

Dated:  September 8, 2022					Respectfully submitted,


							By:  */s/ Paul S. Beik*
							PAUL S. BEIK
							Texas Bar No. 24054444
							BEIK LAW FIRM, PLLC
							917 Franklin Street, Suite 220
							Houston, TX 77002
							T: (713) 869-6975
							F: (713) 583-9169
							E-mail: paul@beiklaw.com
							ATTORNEY FOR PLAINTIFF

**PLAINTIFF'S MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL**				**Page 2**